ALEXANDER G. CALFO (SBN 152891)
   *ACalfo@yukelaw.com*
KELLEY S. OLAH (SBN 245180)
   *KOlah@yukelaw.com*
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
   *GAnderson-Thompson@yukelaw.com*
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:   (213) 362-7777
Facsimile:   (213) 362-7788

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc.")

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICKY D. YOCHUM,<br><br>            Plaintiff,<br><br>     vs.<br><br>DEPUY ORTHOPAEDICS, INC., an Indiana corporation; JOHNSON & JOHNSON SERVICES, INC., a New Jersey corporation; JOHNSON & JOHNSON, INC., a New Jersey corporation; THOMAS P. SCHMALZRIED, MD; and THOMAS P. SCHMALZRIED, MD, A Professional California Corporation; and DOES I through 100, inclusive,<br><br>            Defendants. | CASE NO. 2:12-CV-01085-MCE-CMK<br><br>**ORDER RE STIPULATION TO STAY PROCEEDINGS**<br><br>JURY TRIAL DEMANDED |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff RICKY D. YOCHUM and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc.") (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1.   The Parties' request for a stay of proceedings is GRANTED;

2.   All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

IT IS SO ORDERED.

Dated: July 10, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Respectfully submitted by,

DATED: July 3, 2012                                    YUKEVICH CALFO & CAVANAUGH

By:   */s/ Alexander G. Calfo*
       Alexander G. Calfo
       Kelley S. Olah
       Gabrielle Anderson-Thompson
       Attorneys for Defendants DEPUY
       ORTHOPAEDICS, INC., JOHNSON &
       JOHNSON SERVICES, INC., and JOHNSON &
       JOHNSON (erroneously sued as "Johnson &
       Johnson, Inc.")

YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone (213) 362-7777